## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

IN RE:  
**SPRUHA SHAH, LLC, ET AL.,**  
**DEBTORS.**

CASE NO. 17-18858  
Chapter 11  
Jointly Administered

### REQUEST OF AMUR EQUIPMENT FINANCE, INC. (FKA AXIS CAPITAL, INC.) FOR SERVICE OF NOTICES PUSUANT TO FED. R. BANKR. P. 2002(g)

PLEASE TAKE NOTICE that Amur Equipment Finance, Inc. (formerly known as Axis Capital, Inc.), a creditor in the above-captioned chapter 11 case, requests, pursuant to Rules 2002 and 9007 of the Federal Rules of Bankruptcy Procedure (the Bankruptcy Rules) and sections 102(1), 342 and 1109(b) of title 11 of the United States Code, 11 U.S.C. §§ 101, et seq. (as amended, the Bankruptcy Code), that all notices given or required to be given and all papers served or required to be served in this case be also given to and served, whether electronically or otherwise, on:

> Amur Equipment Finance, Inc.
> Attn: Legal Dept.
> 308 N. Locust St.
> Grand Island, NE 68801
> Telephone: (308) 398-4140
> Facsimile: (308) 398-4141
> Email: legal@amuref.com

FILED  
UNITED STATES BANKRUPTCY COURT  
NORTHERN DISTRICT OF ILLINOIS  
OCT 02 2017  
JEFFREY P. ALLSTEADT, CLERK  
INTAKE 3

AMUR EQUIPMENT FINANCE, INC. (fka Axis Capital, Inc.),

By: _Karla J. Beran_  
Karla J. Beran, Paralegal  
308 N. Locust St.  
Grand Island, NE 68801  
(308) 398-4140  
legal@amuref.com

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and correct copy of the above and foregoing was sent via regular United States mail, postage prepaid, on this 26th day of September, 2017 to the following individuals:

>Timothy C. Culbertson
>Law Offices of Timothy C. Culbertson
>1107 Lincoln Ave.
>Fox River Grove, IL  60021

*Karla J. Beran*
Karla J. Beran, Paralegal